NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAVONEY D. ROBERTS,                )
                                   )
      Appellant,              )
                                   )
v.                                 )        Case No. 2D18-2974
                                   )
STATE OF FLORIDA,                  )
                                   )
      Appellee.               )
_____)

Opinion filed May 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Javoney D. Roberts, pro se.


PER CURIAM.


      Affirmed.


NORTHCUTT, BLACK, and LUCAS, JJ., Concur.